UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TRUSTEES FOR THE UPPER
PENINSULA PLUMBERS' AND
PIPEFITTERS HEALTH CARE
FUND, *et al.*,

        Plaintiffs,

v.

INDUSTRIAL PIPING CO.
OF MARQUETTE, INC.,

        Defendant.
_____/

Case No.  4:02-CV-113

Hon. Richard Alan Enslen

**ORDER AND PERMANENT INJUNCTION**

        The Court has reviewed United States Magistrate Judge Ellen S. Carmody's Report and Recommendation.  The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt. No. 104) is **ADOPTED** and Plaintiffs' Motion for Contempt Sanctions and for Injunction Preventing the Transfer of Property (Dkt. No. 98) is **GRANTED** .

        **IT IS FURTHER ORDERED** that Industrial Piping & Boiler Service, Inc., successor company to Defendant Industrial Piping Co. of Marquette, Inc. and its officer, Robert Weber, or any party acting on their behalf, is subject to a Permanent Injunction such that no assets of Industrial Piping Company of Marquette, Inc. shall be sold or transferred until its obligations under the Second Stipulated Supplemental Judgment (Dkt. No. 57) have been paid.

        **IT IS FURTHER ORDERED** that Industrial Piping & Boiler Service, Inc., successor company to Defendant Industrial Piping Co. of Marquette, Inc. and its officer, Robert Weber, are to

pay $31,573.02 due under the previous order and $30,810.03 due for the period of January 2006 through June 2006.

**IT IS FURTHER ORDERED** that an arrest warrant for Robert Weber shall issue, for the purpose of compelling Robert Weber's appearance before United States Magistrate Judge Ellen S. Carmody in Grand Rapids, Michigan.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>December 11, 2006 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |