UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TRUESTEES FOR THE UPPER
PENINSULA PLUMBERS' AND
PIPEFITTERS HEALTH CARE
FUND, *et al.*,

        Plaintiffs,

v.

INDUSTRIAL PIPING CO.
OF MARQUETTE, INC.,

        Defendant.
_____/

Case No.  4:02-CV-113

Hon. Richard Alan Enslen

**ORDER**

This matter is before the Court is Plaintiffs' Motion to Stay Execution of Arrest Warrant against Defendant Industrial Piping Co. of Marquette, Inc.'s officer, Robert Weber. Plaintiffs request the Court stay the warrant until Monday, January 29, 2007 for the reason that the stay will facilitate Mr. Weber paying an agreed upon amount of $20,000.00. Although the agreed upon payment does not represent the full amount of what Mr. Weber owes under the Court's previous Judgment, Plaintiffs' further request that if Mr. Weber makes the agreed upon payment that the Court vacate the warrant. Being fully apprised of the circumstances the Court will grant Plaintiffs' Motion to Stay the Execution of the Warrant and will vacate the warrant upon Mr. Weber's payment to Plaintiffs.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiffs' Motion to Stay the Execution of the Warrant (Dkt. No. 107) is **GRANTED** and the arrest warrant issued for Robert Weber will be **STAYED** until January 29, 2007.

**IT IS FURTHER ORDERED** that on January 29, 2007, Plaintiffs' counsel will advise this Court in writing as to whether Robert Weber has paid the agreed upon partial payment of $20,000.00, and if such a payment is made, the arrest warrant will be **VACATED**.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>January 24, 2007 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |